# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                  Chapter 13

                                  Bankruptcy No. 16-11047-JKF

      LYNETTE R. MCNEIL

      907 Lincoln Terrace

      Chester, PA 19013-

           Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

     LYNETTE R. MCNEIL

     907 Lincoln Terrace

     Chester, PA 19013-

Counsel for debtor(s), by electronic notice only.

     CHRISTOPHER J. KERN ESQ
     525 ROUTE 73N  BUILDIN #5
     SUITE 104
     MARLTON, NJ 08053-

                         /S/ William C. Miller

Date: 9/23/2016

                         _____

                         William C. Miller, Esquire
                         Chapter 13 Standing Trustee