United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 16-11047-jkf
Lynette R. McNeil                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John               Page 1 of 2            Date Rcvd: Dec 05, 2016
                              Form ID: pdf900          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.
```
db              +Lynette R. McNeil,    907 Lincoln Terrace,    Chester, PA 19013-3529
13755053         American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                  Carol Stream, IL  60197-5008
13743610        +Christopher J. Kern,    525 Route 73 North,    Bldg. #5, Suite 104,    Marlton, NJ 08053-3422
13676525        +JP Morgan Chase,    Attn: KML Law Group,    701 Market Street,    Ste. 5000,
                  Philadelphia, PA 19106-1541
13777478        +JP Morgan Chase Bank,    Attn: KLM Law Group,    701 Market Street, Ste. 5000,
                  Philadelphia, PA 19106-1541
13676527        +Trouvaille FCU,    4700 Wissahickon Avenue,    Ste. 126,    Philadelphia, PA 19144-4248
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Dec 06 2016 01:51:10     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2016 01:51:00      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 06 2016 01:51:10     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: rmscedi@recoverycorp.com Dec 06 2016 01:44:25      Orion,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13676522        +E-mail/Text: g20956@att.com Dec 06 2016 01:51:15      AT&T Mobility,    17000 Cantrell Road,
                  Little Rock, AR 72223-4266
13676523        +E-mail/Text: bankruptcy@cavps.com Dec 06 2016 01:51:09     Calvary Portfolio,    POB 1017,
                  Hawthorne, NY 10532-7504
13676524         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 06 2016 01:51:08     Jefferson Capital Systems,
                  POB 7999,    Saint Cloud, MN 56302
13696111         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2016 01:44:25
                  LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13729353         E-mail/PDF: rmscedi@recoverycorp.com Dec 06 2016 01:44:32     OPS 2 LLC,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13676526         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2016 01:44:33
                  Portfolio Recovery,    POB 12 914,    Norfolk, VA 23541
13692447         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2016 01:44:33
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13729237         E-mail/PDF: rmscedi@recoverycorp.com Dec 06 2016 01:44:15
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOPHER J. KERN    on behalf of Debtor Lynette R. McNeil cjkernlaw@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
```

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Dec 05, 2016
                              Form ID: pdf900         Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          **Chapter 13**

**16-11047-JKF        LYNETTE R MCNEIL**

Debtor(s)

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: 12/1/16

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE