**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 16-110047 (JKF) |
| | : | CHAPTER 13 |
| **LYNETTE R. MCNEIL** | : | |
| Debtor | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET, SUITE 400 |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

**CERTIFICATION OF NO RESPONSE**

I, CHRISTOPHER J. KERN, ESQUIRE, attorney for Debtor, hereby certify that no answer or objection or other responsive pleading has been received in regard to the COUNSEL'S APPLICATION FOR COMPENSATION. The response date in the above-captioned matter was on or before December 23, 2016 per the Court's Order, paragraph 6.


BY:   / s / Christopher J. Kern
      Christopher J. Kern, Esquire
      Attorney for Debtor(s)

DATED:  December 23, 2016