**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **BANKRUPTCY NO. 16-11047 (JFK)** |
| **LYNETTE R. MCNEIL** | : | **CHAPTER 13** |
| **Debtor** | : | |
| | : | **UNITED STATES BANKRUPTCY COURT** |
| | : | **900 MARKET STREET, SUITE 400** |
| | : | **PHILADELPHIA, PENNSYLVANIA 19107** |

<u>**ORDER**</u>

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Christopher J. Kern, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States  Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1.	The Application is APPROVED; and

2.	Compensation for professional services rendered, in the amount of $3,000.00 and reimbursement of expenses, in the amount of $0.00, is ALLOWED, $0.00 having been paid, and the Standing Trustee shall disburse $3,000.00 to counsel for Debtor in accordance with the terms of Debtor(s)' Chapter 13 Plan as an administrative priority claim.

SO ORDERED BY:

**Date: December 28, 2016**

_____
DATED

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge