United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Lynette R. McNeil
       Debtor

Case No. 16-11047-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: John       Page 1 of 1       Date Rcvd: Dec 28, 2016
                        Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2016.
db          +Lynette R. McNeil,   907 Lincoln Terrace,   Chester, PA 19013-3529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 29 2016 01:30:09   U.S. Attorney Office,
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                               TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2016 at the address(es) listed below:
        ANDREW F GORNALL   on behalf of Creditor   JPMorgan Chase Bank, National Association
        agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
        CHRISTOPHER J. KERN   on behalf of Debtor Lynette R. McNeil cjkernlaw@comcast.net
        THOMAS I. PULEO   on behalf of Creditor   JPMorgan Chase Bank, National Association
        tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER   ecfmails@ph13trustee.com,  philaecf@gmail.com
                                                  TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **BANKRUPTCY NO. 16-11047 (JFK)** |
| **LYNETTE R. MCNEIL** | : | **CHAPTER 13** |
| **Debtor** | : | |
| | : | **UNITED STATES BANKRUPTCY COURT** |
| | : | **900 MARKET STREET, SUITE 400** |
| | : | **PHILADELPHIA, PENNSYLVANIA 19107** |

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Christopher J. Kern, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States  Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1.    The Application is APPROVED; and

2.    Compensation for professional services rendered, in the amount of $3,000.00 and reimbursement of expenses, in the amount of $0.00, is ALLOWED, $0.00 having been paid, and the Standing Trustee shall disburse $3,000.00 to counsel for Debtor in accordance with the terms of Debtor(s)' Chapter 13 Plan as an administrative priority claim.

SO ORDERED BY:

**Date: December 28, 2016**

_____
DATED

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge